JACK B. MCCOWAN, JR. (SBN: 62056)
LINDA L. NUSSER (SBN: 132154)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

MICHAEL L. O'DONNELL, *Pro Hac Vice*
CRAIG R. MAY, *Pro Hac Vice*
WHEELER TRIGG KENNEDY LLP
1801 California Street, Suite 3600
Denver, CA 80202-2617
Telephone: (303) 292-2525
Facsimile: (303) 294-1879

Attorneys for Defendants

**E-filed 9/19/05**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| OPHELIA LAWRENCE and WALTER LAWRENCE, <br><br> Plaintiffs, <br><br> v. <br><br> ENDOVASCULAR TECHNOLOGIES, INC., and GUIDANT CORP., <br><br> Defendants. | CASE NO. 5:03-CV-04920 <br><br> **STIPULATION OF DISMISSAL** <br><br><br> Judge Presiding: Hon. Jeremy Fogel <br> Complaint Filed: November 3, 2003 <br> Trial Date: None set |

-1-
STIPULATION OF DISMISSAL

GUID\1015605\796745.1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: August 6, 2005

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

*Ophelia Lawrence*
OPHELIA LAWRENCE
Plaintiff

By: *[signature]*
WENDY R. FLEISHMAN, *Pro Hac Vice*
Attorneys for Plaintiffs

*Walter Lawrence*
WALTER LAWRENCE
Plaintiff

Dated: August 9, 2005

GORDON & REES LLP

*Nygaard*
GUIDANT CORPORATION and
ENDOVASCULAR TECHNOLIGIES, INC.
Defendants

By: *[signature]*
For JACK B. McCOWAN, JR.
Attorneys for Defendants

9/19/05    IT IS SO ORDERED.

Judge Jeremy Fogel    /s/electronic signature authorized
United States District Court

-2-
STIPULATION OF DISMISSAL